### U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08 CV 4385

ROBERT GUTIERREZ,

      v.

MENARD, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MENARD, INC.

| | |
|---|---|
| **NAME** (Type or print)<br> Garry B. Zak | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>     s/ Garry B. Zak | |
| **FIRM**<br> Lewis Brisbois Bisgaard & Smith, LLP | |
| **STREET ADDRESS**<br> 550 West Adams Street, Suite 300 | |
| **CITY/STATE/ZIP**<br> Chicago, IL  60661 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 62778770 | TELEPHONE NUMBER<br> 312-345-1718 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐

IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROBERT GUTIERREZ,                    )
                                     )
              Plaintiff,             )          No. 08 CV 4385
                                     )
       v.                            )
                                     )          Judge Samuel Der-Yegheianyan
MENARD, INC.,                        )          Magistrate Judge Jeffrey Cole
                                     )
              Defendant.             )

## CERTIFICATE OF SERVICE

I  hereby certify that on August 15, 2008, I electronically filed an Appearance as Attorney for Defendant Menard, Inc., with the Clerk of the Court using the CM/ECF system.

Robert M. Foote
Stephen William Fung
Adam L Gill
Foote, Meyers, Mielke & Flowers, LLC
28 North First Street,  #2
Geneva, IL 60134
Phone:          630-232-6333
Facsimile:      630-845-8982
Email:rmf@foote-meyers.com
Email:agill@foote-meyers.com
Email:sfung@goote-meyers.com

                              **s/Garry B. Zak**
                              Attorney Bar No. 6278770
                              Lewis Brisbois Bisgaard  & Smith LLP
                              550 West Adams, Ste. 300
                              Chicago, IL 60661
                              Telephone:    312-345-1718
                              Facsimile:    312-345-1778
                              Email: gzak@lbbslaw.com