UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ROBERT GUTIERREZ | | COURT DATE: |
| | PLAINTIFF(S) | Case No.<br>08 CV 4385 |
| vs. | | |
| MENARD, INC. | | SERVICE DOCUMENTS:<br>SUMMONS & COMPLAINT |
| | DEFENDANT(S) | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Aug 13, 2008**, at **5:00 PM**, I served the above described documents upon **MENARD, INC., C/O PRENTICE HALL CORPORATION** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **MIA WINTERSMITH / LITIGATION MANAGEMENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **33 N. LASALLE ST, CHICAGO, IL 60602.**

**DESCRIPTION:**   Gender: **F**   Race: **BLACK**   Age: **39**   Hgt: **5'9"**   Wgt: **140**   Hair: **BLACK**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*/s/ C. T. Garrett/*

_____
Christopher T Garrett, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 14th day of August, 2008

*/s/ Joan C. Harenberg/*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

_____
NOTARY PUBLIC

| | | |
|---|---|---|
| CLIENT NAME:<br>Foote, Meyers, Mielke & Flowers, LLC<br>FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING #<br>40448 |

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ROBERT GUTIERREZ,

CASE NUMBER: 08CV4385

JUDGE DER-YEGHIAYAN

V.

ASSIGNED JUDGE: MAGISTRATE JUDGE COLE

RCC

MENARD, INC.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

MENARD, INC.
c/o Prentice Hall Corporation (As Registered Agent)
33 North LaSalle Street
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert M. Foote, Esq.
FOOTE, MEYERS, MIELKE & FLOWERS, LLC
28 North First Street
Suite 2
Geneva, IL 60134

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

**August 1, 2008**
_____
Date