UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT GUTIERREZ, | ) |
| | ) |
|     Plaintiff, | )   Case No. 08 CV 4385 |
| | ) |
| v. | )   Honorable Samuel Der-Yeghiayan, Presiding |
| | ) |
| MENARD, INC., | )   Magistrate Judge Jeffrey Cole |
| | ) |
|     Defendant. | ) |

**NOTICE OF MOTION**

Robert M. Foote
Stephen W. Fung
Adam L. Gill
Foote, Meyers, Mielke & Flowers, LLC
28 North First Street, Suite 2
Geneva, Illinois 60134
rmf@foote-meyers.com
sfung@foote-meyers.com
agill@foote-meyers.com

Peter Lawrence Currie
The Law Firm of Peter L. Currie, P.C.
536 Wing Lane
St. Charles, Illinois 60174
plclaw05@aol.com

Kathleen Currie Chavez
Chavez Law Firm P.C.
28 North First Street, Suite 2
Geneva, Illinois 60134
gkeg4@aol.com

    On **September 9, 2008**, at **9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Samuel Der-Yeghiayan in Room 1903 of the Dirksen Federal Building, 219 S Dearborn St., Chicago, Illinois and then and there present **MENARD, INC.'S MOTION TO COMPEL ARBITRATION, EXHIBITS A, B, AND C** copies which are attached hereto.

                                        **s/Garry B. Zak**
                                        Attorney Bar No. 6278770
                                        Lewis Brisbois Bisgaard & Smith LLP
                                        550 West Adams Street, Suite 300
                                        Chicago, Illinois 60661
                                        Telephone: (312) 345-1718
                                        Facsimile: (312) 345-1778
                                        Email: gzak@lbbslaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on September 2, 2008, I electronically filed **MENARD, INC.'S MOTION TO COMPEL ARBITRATION, EXHIBITS A, B, AND C** with the Clerk of the Court using the CM/ECF system which will send notices to counsel identified above.

                                         **s/Garry B. Zak**
                                         Attorney Bar No. 6278770
                                         Lewis Brisbois Bisgaard & Smith LLP
                                         550 West Adams Street, Suite 300
                                         Chicago, Illinois 60661
                                         Telephone: (312) 345-1718
                                         Facsimile: (312) 345-1778
                                         Email: gzak@lbbslaw.com